In the Matter of the Claim of MARY LEARY, Appellant, against M. J. DALEY & Co., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 10, 1933; decided January 24, 1933.)

*William T. Welden* for appellant.

*Clarence B. Tippett* for American Mutual Liability Insurance Company.

*Francis J. MacIntyre* for M. J. Daley & Co., Inc., respondent.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order reversed, with costs in all courts, and claim remitted to State Industrial Board to make an award on the ground that the work outside the State was an incident of the employment within the State. (*Matter of Cameron* v. *Ellis Construction Co.*, 252 N. Y. 394; *Matter of Smith* v. *Aerovane Utilities Corp.*, 259 N. Y. 126.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.